IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CAREY A. FORSTON, | : | |
| | : | |
| Movant, | : | |
| | : | Criminal No. 3:96-CR-9(HL) |
| vs. | : | Civil No. 3:04-CV-119(HL) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| Respondent. | : | |

_____

O R D E R

Before the Court is Movant's motion to proceed *in forma pauperis* on appeal of this Court's Order accepting the Magistrate Judge's Recommendation that his § 2255 motion be dismissed. Having denied his application for Certificate of Appealability the motion to proceed *in forma pauperis* is hereby **DENIED AS MOOT**.

**SO ORDERED**, this 27th day of May, 2005.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

mh